FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0678

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0678

| | |
|---|---|
| SUNSET IRRIGATION DISTRICT, CHRISS MACK and CAROLYN MACK,, <br><br> Claimants and Appellees, <br><br> v. <br><br> UNITED STATES OF AMERICA (FISH AND WILDLIFE SERVICE); GLENDA F. ANDERSON, JIMMY A. ANDERSON, JOHN ANDERSON, and ROWDY ANDERSON <br><br> Objectors and Appellants, | **ORDER GRANTING EXTENSION OF TIME** |

Pursuant to the Motion of Claimants/Appellees Chriss Mack and Carolyn Mack for an extension of time to file its Response Brief in the above-entitled case, the absence of any objection by the opposing party and in accordance with Montana Rule of Appellate Procedure 26(1),

IT IS HEREBY ORDERED that the deadline for filing and service of Claimants/Appellees' Response Brief is extended until September 8, 2020.

Dated this _____ day of _____ 2020.

_____
Chief Justice of the Supreme Court

cc: Raymond Tipp

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 27 2020